UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-05768-ODW (DFMx) | Date | October 1, 2026 |
| Title | *Erik Solis Hernandez v. Ernesto Santacruz Jr et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **ORDER GRANTING UNOPPOSED TRO [3]**

On September 29, 2026, Petitioner Erik Solis Hernandez filed an Ex Parte Application for a Temporary Restraining Order. (Ex Parte Appl. ("TRO"), Dkt. No. 3.) Respondents failed to timely respond. For the following reasons, the Court **GRANTS** Petitioner's Unopposed TRO.[1] Respondents shall **immediately release** Petitioner (#A 235-125-698) on reasonable conditions of supervision. Respondents are **ENJOINED** from re-detaining Petitioner for any purpose, absent exigent circumstances, without providing Petitioner notice and a pre-detention hearing before a neutral adjudicator where Respondents will bear the burden to demonstrate a change in circumstances by clear and convincing evidence. The Court **DENIES** Petitioner's request for a preliminary injunction in light of the expedited merits briefing ordered in this case pursuant to General Order 26-05.

Pursuant to General Order Nos. 05-07 and 26-05, further proceedings on the merits of the Petition are **REFERRED** to the assigned Magistrate Judge for decision.

**IT IS SO ORDERED**.

: 00

Initials of Preparer SE

[1] The Court is informed that the United States Attorney's Office is adopting a practice and policy of making no appearance—and filing no answer, even one that contains a non-opposition statement—if Respondents have no intent to oppose a given immigration habeas petition after the Office has screened the petition on the merits.