JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ERIK SOLIS HERNANDEZ,

Petitioner,

v.

ERNESTO SANTACRUZ JR., *et al.*,

Respondents.

No. 5:26-cv-05768-ODW-DFM

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION SUBJECT TO ORDER OF THE COURT**

Honorable Otis D. Wright, II
United States District Judge

Honorable Douglas F. McCormick
United States Magistrate Judge

The Court, having considered the Parties' Joint Stipulation to Dismiss Action Subject to Order of the Court (Dkt. ___), and good cause appearing, ORDERS as follows:

1. The Stipulation is APPROVED, and its terms are adopted and incorporated into this Order.

2. Respondents shall not re-detain Petitioner Erik Solis Hernandez (A# 235-125-698) for any purpose, absent exigent circumstances, without providing Petitioner notice and a pre-detention hearing before a neutral adjudicator at which Respondents bear the burden to demonstrate a change in circumstances by clear and convincing evidence.

3. Petitioner does not contest, as unreasonable, the GPS monitoring condition that U.S. Immigration and Customs Enforcement imposed upon his release.

4. This action is DISMISSED without prejudice.

5. The Court retains jurisdiction to enforce this Order and over any post-judgment motions.

6. This Order discharges the Court's October 2, 2026 Order (Dkt. 11).

**IT IS SO ORDERED.**

Dated: October 16, 2026

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE